Case 3:04-cr-00017-RLY-CMM   Document 24   Filed 06/03/15   Page 1 of 1 PageID #: 227

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Vishnu Bender | ) Case No: 3:04CR00017-001 |
| | ) USM No: 17746-424 |
| Date of Original Judgment: 09/15/2006 | ) |
| Date of Previous Amended Judgment: 12/18/2014 | ) Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   300   months **is reduced to**   235 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By  *Nina M. Doyle*
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated   09/15/2006   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   6/03/2015
                                          */s/ Judge's signature*

Effective Date:   11/01/2015       Honorable Richard L. Young, Chief U.S. District Court Judge
*(if different from order date)*        *Printed name and title*